# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Luis Carlos Elizondo, | ) | |
| Perla Ramirez, | ) | Case No. 16-06385 |
| | ) | Honorable Judge Black |
| Debtors. | ) | (Joliet) |

## OBJECTION TO CONFIRMATION OF PLAN

NOW COMES Capital One Auto Finance, by and through its undersigned attorney with Kropik, Papuga and Shaw, on its Objection to Confirmation of Plan, and in support thereof states as follows:

1. Capital One Auto Finance has a security interest in one 2010 Ford Taurus, VIN 1FAHP2JW9AG106944, which was properly perfected by recording its lien on title.

2. Capital One Auto Finance alleges the value set forth in Debtors' Chapter 13 Plan is unacceptable. The Debtors allege a value of $5,372.00.

3. Capital One Auto Finance alleges the value of said vehicle is $13,575.00 pursuant to a NADA valuation. (Please see Exhibit A.)

4. Capital One Auto Finance alleges the proposed interest rate of 4.50% is unacceptable and is requesting a minimum interest rate of 5.50%.

5. Capital One Auto Finance alleges the monthly set payment is insufficient to pay its claim in full during the plan term.

WHEREFORE, Capital One Auto Finance, respectfully requests this Court of entry of an Order denying confirmation and for such other and further relief as the Court deems just.

Respectfully submitted,

*/s/ Jennifer M. Rinn*
Jennifer M. Rinn

Kropik, Papuga and Shaw
120 S. LaSalle, Ste. 1920
Chicago, IL 60603
Ph: 312-236-6405