

EXHIBIT A

# N.A.D.A. Official Used Car Guide
## Vehicle Valuation
Print Date: March 2, 2016

Customer: Elizondo, Luis
File No.: COAF-1088709

Vehicle Description: 2010 FORD Taurus-V6 Sedan 4D Limited AWD
VIN: 1FAHP2JW9AG106944

**Base Values**

Retail: $ 14875.00          Wholesale/Trade-in: $ 12000.00

**Optional Equipment/Adjustments**

Estimated Miles    110230        $ -1300.00

**Total Adjusted N.A.D.A. Used Car Guide Values**

Retail: $ 13575.00          Retail/Wholesale Average: $ 12137.50

Reference  02/2016 Central (Miles taken from Sch B)